Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

**FILED**

MAY 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMY KRISTINE MONDANI,<br><br>Defendant. | DOCKET NO. 6:16-mj-35-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Amy Kristine MONDANI has failed to provide proof of having attended AA two times weekly for six months of her probation.

As the legal officer, I am aware that MONDANI was charged with being present in a park area when under the influence of alcohol to a degree that may endanger oneself

1

or another person, or damage property or park resources, in violation of Title 36 Code of Federal Regulations § 2.35(c). On June 29, 2016 MONDANI plead guilty to the charge of being present in a park area when under the influence of alcohol to a degree that may endanger oneself or another person, or damage property or park resources, in violation of Title 36 Code of Federal Regulations § 2.35(c). MONDANI was sentenced to 12 months of unsupervised probation with the conditions that she obey all laws; pay a $250 fine; advise the Court within 7 days of being cited or arrested for any alleged violation of law; abstain from using or possessing alcohol or frequenting establishments where the primary business is the sale of alcohol; and attend AA / NA or some comparable form of alcohol counseling two times weekly for six months of probation and file sworn proof of attendance to the Court.

The government alleges MONDANI has violated the following condition(s) of her unsupervised probation:

CHARGE ONE: FAILURE TO PROVIDE PROOF OF ATTENDING AA

MONDANI was ordered to attend AA / NA or some comparable form of alcohol counseling two times weekly for six months of probation and file sworn proof of attendance to the Court. To date, MONDANI has not provided proof of having attended any AA / NA or comparable form of alcohol counseling sessions.

5/23/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

5/23/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California