| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
AMY MONDANI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00035-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE MAY 23, 2017** |
| | ) **REVIEW HEARING; ORDER** |
| vs. | ) |
| AMY MONDANI, | ) |
| Defendant. | ) |

Defendant Amy Mondani hereby requests that the Court vacate the May 23, 2017 review hearing. The government is in agreement with the request.

On June 29, 2016, the Court sentenced Ms. Mondani to twelve months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. She was also ordered to pay a $240.00 fine, a $10.00 special assessment, and to attend Alcoholics Anonymous ("AA") meetings at a rate of two time weekly for six months of probation.

Ms. Mondani has paid the entire amount of the fine and the penalty assessment. Additionally, Ms. Mondani has attended AA meetings at a rate of two times per week for a period of six months.

Accordingly, Ms. Mondani has complied with all conditions of her probation, and she hereby requests that the May 23, 2017 review hearing be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 22, 2017                  /s/ Reed Grantham
                                    REED GRANTHAM
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    AMY MONDANI

# **O R D E R**

Based on the parties' joint representation that Ms. Mondani is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for May 23, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 23, 2017                 /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE